IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
UNITED STATES OF AMERICA    §
                            §
v.                          §    MAG. NO. 3:13-MJ-580-BN
                            §
ASHLEY JONES                §
```

## MOTION FOR DETENTION

The United States moves for detention of defendant, **Ashley Jones**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

\_\_\_\_\_ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    _X_ Defendant's appearance as required

    \_\_\_\_\_ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

    \_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    \_\_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

    \_\_\_\_\_ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

Motion for Detention - Page 2

DATED this ___12th___ day of ___September___, 2013.

                                  Respectfully submitted,

                                  SARAH R. SALDAÑA  
                                  UNITED STATES ATTORNEY

                                  _____  
                                  CHRISTOPHER P. STOKES  
                                  Assistant United States Attorney  
                                  Texas State Bar No. 19267600  
                                  1100 Commerce Street, Third Floor  
                                  Dallas, Texas 75242  
                                  Telephone: 214.659.8676  
                                  Facsimile:  214.659.8812

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this ___12th___ day of ___September___, 2013.

                                  _____  
                                  CHRISTOPHER P. STOKES  
                                  Assistant United States Attorney