# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:13-mj-00580-BN |
| | § | |
| v. | § | |
| | § | |
| ASHLEY N JONES (1) | § | Charging District's Case No. 1:09-cr-138 |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the U.S. District Court for Middle District of PA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12 day of September, 2013

_____
Defendant's signature

_____
Signature of defendant's attorney

SAM OGAN
Printed name of defendant's attorney

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 12 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy