# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:13−mj−00580−BN−1

| | |
|---|---|
| Case title: USA v. Jones | Date Filed: 09/12/2013 |
| Other court case number: 1:09−cr−138 U.S. District Court for Middle District of PA | |

Assigned to: Magistrate Judge David L Horan

**Defendant (1)**

| | | |
|---|---|---|
| **Ashley N Jones** | represented by | **Sam Ogan−FPD**<br>Federal Public Defender – Dallas<br>525 Griffin St<br>Suite 629<br>Dallas, TX 75202<br>214/767−2746<br>Fax: 214/767−2886 FAX<br>Email: sam_ogan@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| O/D Supervised Release Violator | |

**Plaintiff**

| USA | | | represented by | **Christopher Stokes–DOJ** |

US Attorney's Office
1100 Commerce St
3rd Floor
Dallas, TX 75242–1699
214/659–8676
Fax: 214/767–4104 FAX
Email: christopher.stokes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/12/2013 | | | Arrest (Rule 32) of Ashley N Jones. Case Number 1:09–cr–138 from Middle District of Pennsylvania. (mcrd) (Entered: 09/12/2013) |
| 09/12/2013 | 1 | 3 | Minute Entry for proceedings held before Magistrate Judge David L Horan: Initial Appearance as to Ashley N Jones held on 9/12/2013. Deft waived identity hearing, but reserved the right to a pc/detention hearing in the charging district. Attorney Appearances: AUSA – Chris Stokes; Defense – Sam Ogan. (Court Reporter: Digital File) (No exhibits) Time in Court – :04. (mcrd) (Entered: 09/12/2013) |
| 09/12/2013 | 2 | | (Document Restricted) CJA 23 Financial Affidavit by Ashley N Jones (mcrd) (Entered: 09/12/2013) |
| 09/12/2013 | 3 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ashley N Jones. (Ordered by Magistrate Judge David L Horan on 9/12/2013) (mcrd) (Entered: 09/12/2013) |
| 09/12/2013 | 4 | 5 | MOTION for Pretrial Detention filed by USA as to Ashley N Jones (mcrd) (Entered: 09/12/2013) |
| 09/12/2013 | 5 | 8 | WAIVER of Rule 32.1 Hearings by Ashley N Jones (mcrd) (Entered: 09/12/2013) |
| 09/12/2013 | 6 | 9 | Report of Proceedings under Rule 32.1 and Order Entered Thereon as to Ashley N Jones. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Middle District of Pennsylvania, Harrisburg Division. (Ordered by Magistrate Judge David L Horan on 9/12/2013) (mcrd) (Entered: 09/12/2013) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: DAVID L. HORAN | |
|---|---|
| DEPUTY CLERK: Vila Fisher | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 4 mins |
| A.M.        P.M. 2:CT | DATE: September 12, 2013 |

☐ MAG. NO.       ☐ DIST. CR. NO. 3:13-mj-00580-BN       USDJ Magistrate Judge David L Horan

UNITED STATES OF AMERICA       § _Chris Stokes_, AUSA
                                §
v.                              § _____ ☐
                                §
                                § _Sam Ogu_ ☐
ASHLEY N JONES (1)              § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 09/12/13 ☐ SURRENDER_____ ☐ RULE 5/32 ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☒ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☒ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☒ DEFT ☐ MW REMANDED TO CUSTODY.
☒ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☒ WAIVER OF ☐ PRELIMINARY HEARING ☒ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: _Dft reserves the right to a Pre/Det Hrg in the charging district_

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**SEP 12 2013**
**CLERK, U.S. DISTRICT COURT**
**By _____ Deputy**

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Case No. 3:13-mj-00580-BN |
| § § | |
| ASHLEY N JONES (1) § | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The Court, having considered the Financial Affidavit of the Defendant, the court finds that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED this September 12, 2013

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 12 2013
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | MAG. NO. 3:13-MJ-580-BN |
| | § | |
| ASHLEY JONES | § | |

## MOTION FOR DETENTION

The United States moves for detention of defendant, **Ashley Jones**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

_____ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

　　X Defendant's appearance as required

　　_____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

　　_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

　　_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

　　_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

　　_____ Previous conviction for "eligible" offense committed while on pretrial bond

　　_____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

　　_____ At first appearance

　　X After continuance of 3 days (not more than 3).

Motion for Detention - Page 2

6

DATED this __12th__ day of __September__, 2013.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

CHRISTOPHER P. STOKES
Assistant United States Attorney
Texas State Bar No. 19267600
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8676
Facsimile: 214.659.8812

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this __12th__ day of __September__, 2013.

CHRISTOPHER P. STOKES
Assistant United States Attorney

Motion for Detention - Page 3

AO 466 (Rev. 01/09) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

Case 3:13-mj-00580-BN   Document 5   Filed 09/12/13   Page 1 of 1   PageID 7
Case 3:13-mj-00580-BN   Document 7   Filed 09/12/13   Page 8 of 10   PageID 17

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:13-mj-00580-BN |
| | § | |
| v. | § | |
| | § | |
| ASHLEY N JONES (1) | § | Charging District's Case No. 1:09-cr-138 |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the U.S. District Court for Middle District of PA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;
(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and
(5) a hearing on the government's motion for my detention in which I have no burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12 day of September, 2013

_____
Defendant's signature

_____
Signature of defendant's attorney

SAM OGAN
Printed name of defendant's attorney

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 12 2013
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:13-mj-00580-BN |
| | § | Other Dist. Docket No. 1:09-cr-138 |
| v. | § | Charge Pending: |
| | § | U.S. District Court for Middle District of |
| ASHLEY N JONES (1) | § | Pennsylvania/Harrisburg |

## REPORT OF PROCEEDINGS UNDER RULES 32.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with violating conditions of probation or supervised release. Having been arrested in this district on a warrant issued on the petition to revoke probation or supervised release, she appeared before me for proceedings as follows:

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**SEP 12 2013**
**CLERK, U.S. DISTRICT COURT**
**By _____**
**Deputy**

**32.1(a)(5)(A):** ☐ The alleged violation occurred in this district.

☐ The defendant waived preliminary hearing.

☐ Based on the evidence presented during preliminary hearing, the Court finds that:

☐ There is probable cause to believe that a violation occurred.

☐ There is NOT probable cause to believe that a violation occurred.

**32.1(a)(5)(B):** ☒ The alleged violation did not occur in this district.

☐ The government has produced certified copies of the judgment, warrant, and warrant application.

☒ The defendant waived production of certified copies of the judgment, warrant, and warrant application.

☒ The Court finds that the person before the Court is the defendant named in the warrant because:

☒ The defendant waived identity hearing.

☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is NOT the defendant named in the warrant.

☒ The defendant waived detention hearing in this district and requested that detention hearing be held in the prosecuting district.

9

**ORDER ENTERED ON THE FOREGOING REPORT**

TO: UNITED STATES MARSHAL

[X] You are commanded to remove the above named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

[ ] It is ORDERED that this defendant be released from custody on bond pending further proceedings.

[ ] It is ORDERED that this defendant be discharged.

SIGNED: 9/12/13

(Use Other Side for Return)

David L. Horan
United States Magistrate Judge